UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY,**

                          Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY,**

                          Defendants.
_____

## DEFENDANT MIAMI-DADE COUNTY POLICE DEPARTMENT'S ANSWER TO PLAINTIFFS' COMPLAINT

COMES NOW Defendant **MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12, files this Answer to Plaintiffs' Complaint, and states:

1. In partial response to Paragraphs 12, 45, 56, and 68, Defendant admits that at all times material, Sisley acted under color of law. All other allegations contained in Paragraphs 12, 45, 56, and 68 are expressly denied.

2. In partial response to Paragraph 20, Defendant admits that before game time, Plaintiff was approached by Sisley. All other allegations contained in Paragraph 20 are expressly denied.



OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

3. Defendant is without knowledge as to each and every allegation contained in Paragraphs 1, 3, 5, 6, 7, 15, 16, 17, 19, 39, 40, 41, 42, 43, and 44.

4. Defendant denies each and every allegation in the complaint not otherwise herein responded to.

5. Plaintiffs' complaint fails to state a claim for which relief can be granted because it fails to allege the basis for this court's jurisdiction.

6. Plaintiff Jacqueline Guy lacks standing to make a civil rights claim for derivative damages, and her claim therefor fails to state a claim for which relief can be granted.

7. Count I of the Complaint fails to state a claim for which relief can be granted.

8. Plaintiffs have failed to state a claim for punitive damages.

9. Defendant is entitled to and reserves the right to claim attorneys fees pursuant to Section 57.105, Florida Statutes; 42 U.S.C. Section 1988, 28 U.S.C. Section 1927, and Federal Rule of Civil Procedure 11.

10. Count V fails to state a claim for which relief can be granted, because it has incorporated by reference repugnant allegations, and because any force allegedly used was in connection with the arrest of Plaintiff.

11. Count X fails to state a claim for which relief can be granted, because it has incorporated by reference repugnant allegations.

12. Defendant is not *sui juris*.

13. This court lacks personal jurisdiction over this defendant.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

14. There is improper process, in that the Summons names a Defendant which is not *sui juris*, in that the person to be served is not the proper person to be served under Florida law, and in that Plaintiff has failed to comply with Florida Law.

15. Sisley had probable cause to arrest Plaintiff.

16. Sisley had a good faith belief that he had probable cause to arrest Plaintiff.

17. Any and all force used by Sisley against Plaintiff was privileged.

WHEREFORE, Defendant respectfully requests trial by jury on all issues so triable, judgment in its favor, costs, fees, and such other relief as this Court deems appropriate.

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendants Miami-Dade
County Police Department*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:   (305) 375-5868
Fax:         (305) 375-5634
Email:       JJA3@co.miami-dade.fl.us

By: _____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Thursday, January 27, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131

**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765

_____
Assistant County Attorney

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151