UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/



FILED by _____ D.C.

JAN 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF COURT PRACTICE IN REMOVAL CASES

THIS CAUSE came before this Court upon a *sua sponte* review of the file.

Counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction within 30 days after the filing of the notice of removal under 28 U.S.C. § 1446 (a).

Counsel for the removing party or parties are directed to file and serve an original removal status report ("Removal Status Report") within ten (10) days of the date of this Order. Failure to file a timely Removal Status Report shall be grounds for remand.

In addition to the Removal Status Report, Counsel for the removing party or parties must file with the Clerk of Court copies of all records and proceedings in such State Court within ten (10) days of the date of this Order.

<u>The Removal Status Report In Removal Cases Shall Contain The Following:</u>

1. A plain statement of the nature of the claim and any counterclaim, cross-claim, or



third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.

2. A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third party claim.

3. A brief statement by each defendant explaining whether or not they have joined in or consented to the notice of removal.

4. State whether the defendant have removed the action within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty (30) days after service of summons upon the defendant if such initial pleading has then been filed in Court and is not required to be served on the defendant in such action.

If the removing party has provided some or all of the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record. Failure of the removing party or parties to timely provide the information requested in the removal status report above or required pursuant to 28 U.S.C. § 1446(c) may result in remand of the action.

**Counsel for removing party shall provide copies of this Notice to all concerned parties.**

**DONE AND ORDERED** at Ft. Lauderdale, Florida, this ___ day of January, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James J. Allen, Esq.
Steven L. Malove, Esq.
Thomas F. Valerius, Esq.

Case 0:00-cv-06121-WPD    Document 5    Entered on FLSD Docket 01/31/2000    Page 3 of 3