UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

MASHAAN GUY and JACQUELINE GUY,

                              Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**,

                              Defendants.

## DEFENDANT SISLEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

COMES NOW Defendant **SISLEY**, by and through undersigned counsel, and pursuant to Local Rule 7.1, move for an additional five (5) days within which to respond to Plaintiffs' Complaint, and in support thereof state as follows:

1. Defendant Sisley was served with a summons and complaint on January 20, 2000, and his response to the complaint is therefore due on February 9, 2000, pursuant to Rule 12.

2. Defendant Miami-Dade County Police Department has answered the complaint, but the individual officers intend to file a motion to dismiss or for summary judgment.

3. Other federal and state litigation, including an out-of-state hearing on February 8, has



OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

prevented undersigned counsel from completing Defendant's response.

4. Pursuant to Local Rule 7.1.A.3., undersigned counsel has contacted opposing counsel regarding this motion, and is authorized to state that he has no objection.

WHEREFORE, Defendant respectfully requests that this court GRANT its motion, and allow Defendants an additional five (5) days, or until Wednesday, February 16, 2000, within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendants Miami-Dade
County Police Department*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:  (305) 375-5868
Fax:  (305) 375-5634
Email:  JJA3@co.miami-dade.fl.us

By: _____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Tuesday, February 8, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131

**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765

_____
Assistant County Attorney

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151