UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitroulcas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY,**

                    Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY,**

                    Defendants.

## DEFENDANT SISLEY'S OBJECTION TO REQUEST FOR PRODUCTION AND INTERROGATORIES

COMES NOW Defendant **SISLEY**, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26 and Local Rule 26.1, objects to Plaintiff's Request for Production and Interrogatories served with the Complaint, and as grounds therefore states as follows:

1. SISLEY, a police officer in the Miami-Dade County Police Department, is a named defendant in this federal civil rights action, arising out of an arrest of Plaintiff on December 21, 1998.

2. Although the time within which SISLEY must respond to the complaint has not yet expired, he is entitled to and shall raise the defense of qualified immunity.



3. The Plaintiffs served on SISLEY, along with the summons and complaint, Interrogatories and a Request for Production.

4. SISLEY is entitled to be protected from all aspects of this litigation, including discovery, until this court resolves the issue of qualified immunity. *See Duque v. Gullage*, 11 F.L.W.Fed. D92 (S.D. Fla. April 17, 1997, Highsmith, J.) (granting motion for protective order on grounds that discovery pertaining to individual is impermissible until qualified immunity is decided).

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Sisley*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:  (305) 375-5868
Fax:  (305) 375-5634
Email:  JJA3@co.miami-dade.fl.us

By: _____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Wednesday, February 09, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131


**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida  33133-3765

_____
Assistant County Attorney