UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-CV-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

MASHAAN GUY, et al.,

    Plaintiffs,

v.

MIAMI-DADE POLICE DEPARTMENT, et al.,

    Defendants.
_____/

**PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME
TO SERVE RESPONSE TO MOTION TO DISMISS**

Plaintiffs move for a 14-day extension of time in which to serve their response to defendants' Miami Dolphins, South Florida Stadium Corporation and South Florida Football Corporation motion to dismiss the complaint, and state:

1.    On January 26, 2000, following the removal of this case from the Broward County Circuit Court, the above-named defendants filed a motion to dismiss the complaint. The plaintiffs' response must be served on or before February 11, 2000.

2.    Plaintiffs' trial counsel, Malove & Kaufman, P.A. has engaged the undersigned to prepare and serve plaintiffs' response to the defendants' motion. The undersigned is actively engaged in researching and drafting the plaintiffs' responsive memorandum of law. However, because of the voluminousness of the 42 U.S.C. §1983 caselaw and his own conflicting work demands the undersigned will not be able both to



complete the memorandum by February 11, 2000, and consult with trial counsel regarding the contents of the finished memorandum before that date.

3. On February 9, 2000, the undersigned communicated with the office of Michael Rotunno, Esq., counsel for the defendants, and was told that Mr. Rotunno had no objection to a 2-week extension to and including February 25, 2000, in which plaintiffs could serve their response.

Wherefore, plaintiffs request a 2-week extension to and including February 25, 2000, in which they may serve their response to defendants' motion to dismiss.

I Hereby Certify that a true copy of the foregoing was mailed to Michael Rotunno, Esq., Marlow, Connell, Valerius, et al., Grove Professional Building, 2950 SW 27th Avenue, Suite 200, Miami, Florida 33133, attorneys for defendants Dolphins, Football and Stadium, and James Allen Esq., County Attorney's Office, 111 NW 1st Street, Suite 2810, Miami, Florida, 33128, attorneys for Miami-Dade and Sisley, this _10_ day of February, 2000.

> MALOVE & KAUFMAN, P.A.
> Penthouse
> 48 East Flagler Street
> Miami, Florida 33131
> (305) 577-0077
>
> and
>
> LAWRENCE & DANIELS
> 21st Floor
> 100 North Biscayne Boulevard
> Miami, Florida 33132
> (305) 358-3371
>
> By: /s/ Adam Lawrence
>    Adam Lawrence, Esq.
>    FBN 188175