UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY**,

                        Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a
Metro-Dade County Police Department; **SOUTH FLORIDA
STADIUM CORPORATION**, d/b/a Pro Player Stadium;
**MIAMI DOLPHINS, LTD.**; **SOUTH FLORIDA
FOOTBALL CORPORATION**, General Partner of Miami
Dolphins, Ltd.; and **ROBERT SISLEY**,

                        Defendants.



FILED by _____ D.C.
FEB 1 1 2000
CLARENCE MADDOX
CLERK U S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

THIS CAUSE came before this Court on Defendant SISLEY's Motion for Extension of Time to respond to Plaintiffs' Complaint, and the Plaintiffs being unopposed; and this Court having reviewed the file, and being fully advised in the premises, it is hereby

ORDERED that Defendant's Motion is hereby GRANTED. SISLEY shall serve his response to Plaintiffs' Complaint on or before Wednesday, February 16, 2000.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this 11 day of February, 2000.

                                          United States District Court Judge
                                          William P. Dimitrouleas

Conformed copies to:    James J. Allen, Esquire
                                 Thomas Valerius, Esquire
                                 Steven Malove, Esquire