UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY**,

               Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE
DEPARTMENT**, f/k/a Metro-Dade County Police
Department; **SOUTH FLORIDA STADIUM
CORPORATION**, d/b/a Pro Player Stadium;
**MIAMI DOLPHINS, LTD.; SOUTH FLORIDA
FOOTBALL CORPORATION**, General Partner of
Miami Dolphins, Ltd.; and **ROBERT SISLEY**,



               Defendants.

## DEFENDANTS' REMOVAL STATUS REPORT

COME NOW Defendants **MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**; by and through undersigned counsel, and pursuant to this Court's Order dated January 28, 2000, file their Removal Status Report as follows:

  **Plaint Statement of the Nature of the Claim.** Plaintiffs have filed an action for damages, alleging violation of their civil rights and also alleging torts against the Defendants. Damages were claimed in an amount in excess of $15,000.

  **Plain Statement of the Grounds for Removal, and Listing of All Parties to the Action.**



The complaint alleges federal civil rights violations against Defendants pursuant to 42 U.S.C. Section 1983. The United States District Court has jurisdiction over those claims pursuant to 28 U.S.C. Section 1331, in that the action arises under the Laws of the United States and in that, as appears from the complaint, the plaintiff bases his claim for relief against the Defendants by virtue of and under the federal statutes and acts of Congress. The action may therefore be removed to this court pursuant to 28 U.S.C. §1441(a) and (b).

The parties to this action are as follows:

1. Defendant **MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department;

2. Defendant **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium;

3. Defendant **MIAMI DOLPHINS, LTD.**;

4. Defendant **SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.;

5. Defendant **ROBERT SISLEY**;

6. Plaintiff **MASHAAN GUY**; and

7. Plaintiff **JACQUELINE GUY.**

**Defendants' Consent to Removal.** All Defendants, by and through undersigned counsel, consent to removal.

**Timeliness of Removal.** Removal is timely, in that was accomplished within thirty (30) days

after receipt by defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based. More specific information regarding the date each Defendant was served may be found in Paragraph 1 of the Notice of Removal.

**Other Matters.** Defendants respectfully submit that this action should have been assigned to the Miami Division of this Court, rather than the Broward division, a) because the alleged actions took place within Miami-Dade County; and b) because one of the defendants, the MIAMI-DADE COUNTY POLICE DEPARTMENT, is an agency of Miami-Dade County, which, as a political subdivision of the State of Florida, was entitled to be sued in Miami-Dade County Circuit Court, instead of the Broward Circuit Court chosen by Plaintiffs. Defendants are in the process of preparing, serving and filing a Motion to Transfer in support of this position.

Respectfully submitted,

| | |
|---|---|
| **MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN** | **ROBERT A. GINSBURG**<br>Miami-Dade County Attorney |
| *Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner Of Miami Dolphins, Ltd.* | *Counsel for Defendants Miami-Dade County Police Department and Sisley* |
| Suite 200<br>2550 Southwest 27th Avenue<br>Miami, Florida 33133-3765<br>Telephone:  (305) 446-0500<br>Fax:  (305) 446-3667 | Suite 2810<br>111 Northwest First Street<br>Miami, Florida 33128-1993<br>Telephone:  (305) 375-5868<br>Fax:  (305) 375-5634<br>Email:  JJA3@co.miami-dade.fl.us |
| By: *[signature]*<br>Thomas F. Valerius<br>Florida Bar Number 165755 | By: *[signature]*<br>James J. Allen<br>Assistant County Attorney<br>Florida Bar Number 317861 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Friday, February 11, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131


**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida  33133-3765

_____
Assistant County Attorney

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151