UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-CIV-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

MASHAAN GUY, and JACQUELINE
GUY,

      Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT,
f/k/a METRO-DADE COUNTY POLICE
DEPARTMENT; SOUTH FLORIDA STADIUM
CORPORATION, d/b/a PRO PLAYER
STADIUM; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION,
General Partner of Miami Dolphins, Ltd.;
and ROBERT SISLEY,

      Defendants.
_____/

## RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

The Plaintiffs, MASHAAN GUY, and JACQUELINE GUY, by and through

undersigned counsel, the within response to Defendant's Motion for Extension of Time and

has no objection to same.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has

been mailed on this _15_ day of February, 2000 to: **Michael Rotunno, Esq.**, Marlow,

Connell, et. al., Grove Professional Building, 2950 S.W. 27 Avenue, Suite 200, Miami,

Florida 33133; **James Allen, Esq.**, County Attorney's Office, 111 N.W. 1st Street, Suite

2810, Miami, Florida 33128; and **Adam Lawrence, Esq.**, Lawrence & Daniels, 21st Floor,

100 N. Biscayne Boulevard, Miami, Florida 33132.

MALOVE & KAUFMAN, P.A.
Attorneys for Plaintiffs
48 East Flagler Street - PH 104
Miami, Florida 33131
(305) 577-0077

BY: _____
Stephen L. Malove