UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00-6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY,**

                          Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT,** f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION,** d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION,** General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY,**

                          Defendants.



## DEFENDANT SISLEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

COMES NOW Defendant **SISLEY**, by and through undersigned counsel, and pursuant to Local Rule 7.1, move for an additional five (5) days, or until Wednesday, February 23, 2000, within which to respond to Plaintiffs' Complaint, and in support thereof state as follows:

1. Defendant Sisley was served with a summons and complaint on January 20, 2000, and his response to the complaint is therefore due on February 9, 2000, pursuant to Rule 12.

2. Defendant Miami-Dade County Police Department has answered the complaint, but the SISLEY intends to file a motion to dismiss or for summary judgment.

3. Due to other federal and state litigation, including an out-of-state hearing on February



8. which prevented undersigned counsel from completing Defendant's response, this Court granted SISLEY's request for an additional five (5) days, or until February 16, 2000, to file his response.

4. Unfortunately, other federal matters have prevented undersigned counsel from completing the motion within the time originally requested.

5. No further extensions shall be requested.

6. Pursuant to Local Rule 7.1.A.3., undersigned counsel has contacted opposing counsel regarding this motion, and is authorized to state that he has no objection.

WHEREFORE, Defendant respectfully requests that this court GRANT his motion, and allow Defendant an additional five (5) days, or until Wednesday, February 23, 2000, within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendants Miami-Dade*
  *County Police Department and Sisley*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:   (305) 375-5868
Fax:         (305) 375-5634
Email:       JJA3@co.miami-dade.fl.us

By:_____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Tuesday, February 15, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131


**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765


_____
Assistant County Attorney

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151