UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd., and ROBERT SISLEY,

    Defendants.
_____/



## ORDER

THIS CAUSE is before the Court upon Plaintiffs, Mashaan Guy and Jacqueline Guy's Motion for Extension of Time to Serve Response to Motion to Dismiss, filed herein on February 11, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time is hereby **GRANTED**.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this _15_ day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

James J. Allen, Esq.
Adam Lawrence, Esq.
Steven L. Malove, Esq
Michael Rotunno, Esq.