UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

MASHAAN GUY and JACQUELINE GUY,

Plaintiffs,

v.

MIAMI-DADE COUNTY POLICE DEPARTMENT, f/k/a
Metro-Dade County Police Department; SOUTH FLORIDA
STADIUM CORPORATION, d/b/a Pro Player Stadium;
MIAMI DOLPHINS, LTD.; SOUTH FLORIDA
FOOTBALL CORPORATION, General Partner of Miami
Dolphins, Ltd.; and ROBERT SISLEY

Defendants.

FILED by _____ D.C.
FEB 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

THIS CAUSE came before this Court on Defendant SISLEY's Unopposed Motion for Extension of Time to respond to Plaintiffs' Complaint, and the Plaintiffs being unopposed; and this Court having reviewed the file, and being fully advised in the premises, it is hereby

ORDERED that Defendant's Motion is hereby GRANTED. SISLEY shall serve his response to Plaintiffs' Complaint on or before Wednesday, February 23, 2000.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this 18 day of February, 2000.

_____
United States District Court Judge
William P. Dimitrouleas

Conformed copies to:   James J. Allen, Esquire
Thomas Valerius, Esquire
Steven Malove, Esquire