UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/



FILED by _____ D.C.

FEB 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Defendants', Miami-Dade County Police Department, f/k/a Metro-Dade County Police Department, South Florida Stadium Corp., d/b/a Pro Player Stadium, Miami Dolphins, Ltd., South Florida Football Corporation, General Partner of Miami Dolphins, Ltd., and Robert Sisley Joint Motion to Transfer to Southern Division, filed herein on February 22, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendants' Joint Motion to Transfer to Southern Division is hereby **DENIED**. The Court notes that upon a showing of good cause, a motion may



be filed to try the case in Miami.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 23 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James J. Allen, Esq.
Thomas Valerius, Esq.
Steven L. Malove, Esq.