UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY**,

                          Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.**; **SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**,

                          Defendants.

## DEFENDANT SISLEY'S MOTION TO DISMISS

COMES NOW Defendant **SISLEY**, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12 and Local Rule 7.1, moves to dismiss this action,[1] and in support thereof states as follows:

1. Sisley did not violate Guy's constitutional rights as a matter of law.

2. Sisley is protected from this suit by qualified immunity.

3. Sisley did not falsely arrest or imprison Plaintiff.

---

[1] Sisley has submitted an affidavit in support of this motion, and therefore requests that it be treated as a motion for summary judgment. F.R.Civ.P. 12(b); 56.



2

4. Sisley did not maliciously prosecute Plaintiff.

5. Sisley did not assault and batter Plaintiff.

6. Plaintiff has failed to state a federal claim for which relief can be granted.

7. Sisley is protected from the state law claims by Florida Statute 768.28 (9).

8. Sisley is protected from liability regarding the state law claims because he at all times acted in good faith.

9. Sisley was privileged as a law enforcement officer in arresting Plaintiff.

10. In the event this court enters judgment in Sisley's favor on the federal claims, this court should decline supplemental jurisdiction over the state law claims.

11. This court should decline to exercise jurisdiction over the state law claims, because they are confusing.

12. Sisley hereby adopts and incorporates by reference herein the Memorandum of Law filed in support of this motion.

WHEREFORE, Defendant respectfully requests that this court GRANT his motion, , and grant such other relief as the court deems just.

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendant Sisley*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:     (305) 375-5868
Fax:           (305) 375-5634
Email:         JJA3@co.miami-dade.fl.us

By: _____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Wednesday, February 23, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131


**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765

_____
Assistant County Attorney