UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00-6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY,**

                              Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**,

                              Defendants.

## NOTICE OF FILING AFFIDAVIT IN SUPPORT OF SISLEY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant SISLEY, by and through undersigned counsel, and pursuant to Local Rules 7.1 and 7.5, and hereby submits his Affidavit, together with exhibits, in support of his Motion to Dismiss or for Summary Judgment:

                              Respectfully submitted,

                              **ROBERT A. GINSBURG**
                              Miami-Dade County Attorney

                              Suite 2810
                              111 Northwest First Street
                              Miami, Florida 33128-1993
                              Telephone:   (305) 375-5868
                              Fax:            (305) 375-5634
                              Email:         JJA3@co.miami-dade.fl.us

                              By: _____
                              James J. Allen
                              Florida Bar Number 317861

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Wednesday, February 23, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131

**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765

_____
Assistant County Attorney

2

# AFFIDAVIT OF ROBERT SISLEY

STATE OF FLORIDA:  
                              SS:  
COUNTY OF MIAMI-DADE:

      BEFORE ME the undersigned authority, personally appeared ROBERT SISLEY, who after being duly sworn states:

1. My name is ROBERT SISLEY, I am over the age of 18 and otherwise *sui juris*.

2. At all times material hereto, I was acting in the course and scope of my discretionary authority as a duly authorized law enforcement for and on behalf of Miami-Dade County.

3. I have been employed by Miami-Dade County and worked in its police department for over 16 years.

4. I have been a sergeant for approximately eight years.

5. At all times material hereto, my assignment as a police officer was an off-regular duty supervisor and bicycle patrol officer at Pro Player Stadium in Miami-Dade County, Florida.

6. I have been assigned to those responsibilities that entire season.

7. On or about December 21, 1998, I approached a group of individuals involved in illegal ticket sales outside of Gate H at Pro Player Stadium. As I approached, Plaintiff, who was standing nearby, called out to them "Watch Out," in an apparent attempt to warn the sellers.

8. Plaintiff's actions gave me a reasonable suspicion that he was somehow involved in the illegal selling of tickets to the football game.

9. After dealing with the sellers, I approached Plaintiff, who denied warning the sellers. I asked for identification, but Plaintiff stated that he had none, but that he did have two tickets for

Page 1 of 3

the game, and that he was waiting for a friend. I asked him where he was parked, and he indicated the northwest area of the Stadium grounds

10.     Due to the Plaintiff's warning the illegal ticket sellers, the fact that he had no identification, and his evasive demeanor and behavior, I believed that the Plaintiff may be involved in the resale or scalping of tickets. The Stadium does not allow the resale of tickets and routinely makes announcements to the affect over the loudspeaker. I informed the Plaintiff that he would have to either enter the stadium or leave the property. He refused to enter the stadium, but agreed to leave, and began to walk in the general direction of where he said his car was parked

11.     I continued to observe Plaintiff, and saw him stop near Gate A.

12.     I therefore approached Plaintiff again, and repeated my instruction to leave. He again refused, and questioned my authority to require him to leave. He was instructed again to leave, and when he refused, I arrested him for trespass.

13.     Based on the foregoing, I prepared an arrest affidavit, a true and correct copy of the affidavit is attached hereto as Exhibit A.

14.     I also prepared an offense incident report, a true and correct copy of which is attached hereto as Exhibit B.

15.     Both the arrest affidavit and offense incident report set forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report.

16.     Both the arrest affidavit and offense incident report were made at or near the time of the events described therein, in the course of regularly conducted activity of the County. It was the regular practice of that activity to make the affidavit and report.

17. At no time did Plaintiff complain about the tightness of his handcuffs.

FURTHER, AFFIANT SAYETH NOT.

_____
ROBERT SISLEY

THE FOREGOING instrument was acknowledged before me this 4th day of February, 2000, by ROBERT SISLEY, who is personally known to me or who has produced _____ as identification and who did take an oath.

SWORN TO and subscribed before me this 4th day of Feb., 2000.

Print  ELIDA A. VAZQUEZ
_____

Sign  Elida A. Vazquez
_____
NOTARY PUBLIC, State of Florida at Large

My commission expires:

Page 3 of 3

## COMPLAINT/ARREST AFFIDAVIT

625285-V

30

GUY, MASHAAN  09/09/58  B  M  5'10"  170  BLK  BR

14675 SW 33 CT MIRAMAR  954-430-60??  UNK

SAME

NA  NA  SALES  CHICAGO, IL

UK  3'5"36-35"?  NO TATTOOS

NA  12/21/99  7:40  2269 NW 199 ST (PRO PLAYER STADIUM)

01  US

NA

| Charge | | Type | Counts | Statute | | | |
|---|---|---|---|---|---|---|---|
| TRESPASS AFTER WARNING | | N | 01 | 810.08(1) | | | 21-819 |

DADE / PRO PLAYER STADIUM

21 day of DEC 19 99 at 7:40 PM  2269 NW 199 ST

ON THE ABOVE DATE/TIME/LOCATION THIS OFFICER WAS WORKING OFF DUTY AT PRO PLAYER STADIUM. AS I APPROACHED A GROUP OF INDIVIDUALS INVOLVED IN ILLEGAL TICKET SALES, THE DEFENDANT CALLED OUT TO THEM "WATCH OUT" IN AN EFFORT TO WARN THEM. DEFENDANT WAS APPROACHED AND GIVEN THE CHANCE TO EITHER ENTER THE STADIUM OR LEAVE THE PROPERTY. DEFENDANT REFUSED TO ENTER. HE WAS THEN INFORMED THAT HE WOULD HAVE TO LEAVE THE

SGT. R. SISLEY

21 day of December 99

SGT. M.C.?

**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

PROPERTY. DEFENDANT REFUSED. HE WAS ADVISED THAT HE WOULD EITHER HAVE TO LEAVE THE PROPERTY OR BE ARRESTED FOR TRESPASSING. DEFENDANT REFUSED TO LEAVE AND WAS PLACED UNDER ARREST. HE WAS TRANSPORTED TO THE PRO PLAYER POLICE OFFICE BY SGT. T. ADAMS.

PAGE 2 of 2

SGT. R. SISLEY

MPRD    402    (M7)

# OFFENSE INCIDENT REPORT
## METRO-DADE POLICE DEPARTMENT

Agency Report Number: 62528 SV

**Date Reported:** MON 12-21-98  **Time:** 1940  **Time Dispatched:** 1940  **Time Arrived:** 1940  **Time Completed:** 2040

**Incident Type:** 1. Felony  **Incident Day/Date/Time From:** MON 12-21-98 1940

**OFF/INC #1:** Type 3 — TRESPASS AFTER WARNING — C-Committed — Statute 810.08

**Incident Location:** 2269 NW 199 ST, MIAMI, FL 33056
**District:** C005  **Grid:** 901

**Business Name:** PRO PLAYER STADIUM
**Forced Entry:** No  **Occupancy:** N/A

**Location Type:** 99. Other

**# OFF/INC:** 001  **# Victims:** 001  **# Offenders:** 001  **# Prem. Ent.:** 000  **# Veh. Stolen:** 000
**Type Weapon:** 00. N/A

### Victim/Witness #1
OFF/INC Indicator: 1  V/W Code: V  #: 01  V. Type: 4
Name: PRO PLAYER STADIUM
Address: 2269 NW 199 ST, MIAMI, FL 33056
Race: N  Sex: N  DOB/Age: N/A
Res. Type: 0  Res. Status: 0  Extent of Injury: 00  Injury Type(s): 00  Relationship: 00
Will victim prefer charges? Yes

### Victim/Witness #2
OFF/INC Indicator: 1  V/W Code: C  #: 01  V. Type: 2
Name: SISLEY, ROBERT
Address: 5975 MIAMI LAKES DR, MIAMI, FL 33014
Business Phone: 305-698-1492
Other Contact Info: (2pm-10pm - S/M off)
Synopsis: REP OF VICTIM / ARRESTING OFC
Race: W  Sex: M  Age: 42
Res. Type: 2  Res. Status: 1  Extent of Injury: 0  Injury Type(s): 0,0  Relationship: 00

### Suspect
OFF/INC Indicator: 1  Suspect Code: A — Arrestee  Code #: 01
Name: GUY, MASHAAN
Place of Birth: CHICAGO, IL
Residence Phone: 954-430-6049
Last Known Address: 14695 SW 35 CT, MIRAMAR, FL 33027
Occupation: MEDICAL SALES  Employer: UNK
Social Security Number: 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
Driver's License: UK
Clothing: BLUE TYPE (POLO) SHIRT, BLUE JEAN SHORTS
Scars/Marks/Tattoos: NONE VISIBLE
Race: B  Sex: M  DOB: 09-09-58  Height: 5'10"  Weight: 190  Eyes: BRN  Hair Color: BLK  Hair Length: SHORT  Hair Style: CURLY
Complexion: MED  Build: HUSKY  Facial Hair: NONE  Teeth: ALL

### Narrative
— SEE NARRATIVE CONTINUATION —

### Administrative
Officer(s) Reporting: SGT. R. SISLEY  I.D. Number: 4012 (MD)  Unit: 6210
Officer Reviewing: SGT. M. CLT  I.D. Number: 1386

Number Arrested: 01

## METRO-DADE POLICE DEPARTMENT

| Field | Value |
|---|---|
| Original Primary Offense Description | TRESPASS AFTER WARNING |
| Victim #1 Name | PRO PLAYER STADIUM |

ON THE ABOVE DATE/TIME THIS OFFICER WAS WORKING OFF DUTY AT PRO PLAYER STADIUM. AS I APPROACHED A GROUP OF INDIVIDUALS INVOLVED IN ILLEGAL TICKET SALES (OUTSIDE OF GATE H), THE ARRESTEE CALLED OUT TO THEM "WATCH OUT", IN AN EFFORT TO WARN THEM.

THE ARRESTEE WAS APPROACHED AND DENIED WARNING THE TICKET SELLERS. HE ADVISED THAT HE DIDN'T HAVE ANY IDENTIFICATION. HE ADVISED THAT HE DID HAVE A TICKET FOR THE GAME.

THE ARRESTEE WAS GIVEN THE CHANCE TO EITHER ENTER THE STADIUM OR LEAVE THE PROPERTY. HE REFUSED, STATING THAT HE WAS WAITING FOR FRIENDS. HE WAS THEN INFORMED THAT HE WOULD HAVE TO LEAVE THE PROPERTY. HE REFUSED TO LEAVE, QUESTIONING THIS OFFICER'S AUTHORITY TO REMOVE HIM. HE WAS AGAIN INSTRUCTED TO EITHER LEAVE THE PROPERTY. WHEN HE AGAIN REFUSED, HE WAS PLACED UNDER ARREST.

ARRESTEE WAS TRANSPORTED TO THE PRO PLAYER POLICE OFFICE BY SGT. TIM ADAMS, WHO HAD BEEN PRESENT DURING THE CONVERSATION.

ARRESTEE WAS THEN TRANSPORTED TO THE SCALPING DETAIL COMMAND POST BY SGT. J. ZARRAGA AND TRANSFERRED TO MIAMI-DADE CORRECTIONS.

NOTE: THIS OFFICER IS AN AUTHORIZED REPRESENTATIVE OF PRO PLAYER STADIUM.

Officer(s) Reporting: SGT. P. SISLEY  ID: 4012 (0177)  Unit: 6210  Date: 12-21-98

SGT. M. CLARK  T336