UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION
Case Number 00- 6121-Civ-Dimitrouleas

**MASHAAN GUY** and **JACQUELINE GUY**,

        Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**,

        Defendants.



## JOINT SCHEDULING REPORT

Come now the parties, by and through undersigned counsel, and respectfully submit the following Joint Scheduling Report and Proposed Scheduling Order. These submissions are being made in furtherance of the requirements imposed by Rule 16.1.B.7. of the Local Rules of the United States District Court for the Southern District of Florida as well as this Court's Order dated January 28, 2000.



# Report of Activities

## *STATUS*

On February 17, 2000, counsel for the parties met pursuant to Rule 16.1.B. During the course of this conference, the attendees endeavored to address each of the matters expressly set forth within the Rule. The results of these efforts, together with various agreements reached by the parties in pursuit of the same, are summarized below.

## *CASE MANAGEMENT TRACK*

Pursuant to Rule 16.1.A.4, the parties recommend that the case at bar be assigned to the standard track. Accordingly, the parties are of the opinion that trial of this case will require approximately 5-10 days to try, and that discovery should be completed within 270 days from the date of this Court's Scheduling Order.

## *INITIAL DISCLOSURES*: *DOCUMENTS AND OTHER EVIDENCE*

The parties have exchanged all documents now reasonably available to them which are now contemplated to be used in support of the allegations of the pleading filed by that party. Documents exchanged were accompanied by a list specifically identifying each document.

## *INITIAL DISCLOSURES: LISTS OF WITNESSES*

The parties have exchanged a list of all witnesses now known to have knowledge of facts supporting the material allegations of the pleading filed by each defendant. The parties recognize that they are under a continuing obligation to advise opposing parties of other witnesses as they become known, and agree to do so.

### *SETTLEMENT*

The parties have begun good faith discussions of settlement.

### *COMPLEX LITIGATION*

The parties are in agreement that the case at bar is not sufficiently complicated such that all or part of the procedures of the Manual on Complex Litigation should be used. The parties do not anticipate at this time that it will be necessary to depart from the applicable provision of the Local Rules or the Federal rules of Civil Procedure.

## Scheduling Report

### *SCHEDULE OF DISCOVERY*

The parties believe that all discovery should be completed within approximately 270 days within the date of this Court's Scheduling Order. Accordingly, the parties respectfully request that this Court set an appropriate discovery "cut-off" date no earlier than the conclusion of this time period.

The parties agree to disclose the names and last known address of any witness whose testimony that party intends to present by deposition, together with notice of the specific testimony intended to be presented, no later than thirty (30) days prior to trial.

As required by Local Rule 16.1.K., where expert opinion evidence is to be offered at trial, the parties agree to disclose no later than 90 days prior to the pretrial conference, of if no conference is held, 90 days prior to the call of the calendar, the following information as to each such expert witness:

3

- Summaries of the expert's anticipated testimony or written expert reports, including the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion;

- The qualifications, publications and writings of the expert to be offered at trial;

- The style of each case, including name of court and judge, in which the expert has previously testified, and the subject of that testimony.

If the expert opinion evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party's expert, then the expert summary or report for such evidence shall be served no later than 30 days after the above-described information is served by the other party.

## LIKELIHOOD OF SETTLEMENT

The parties are not able to assess at this early stage of the litigation the likelihood of settlement.

## LIKELIHOOD OF ADDITIONAL PARTIES

The parties believe that there is little likelihood of the appearance in the action of additional parties.

## PROPOSED LIMITS ON TIME

### JOINDER OF ADDITIONAL PARTIES

The parties suggest that no party may seek the joinder of additional parties to this action any later than 180 days subsequent to the entry of the Scheduling Order.

4

## AMENDMENT OF PLEADINGS

The parties suggest that no party may seek the amendment to any pleading, apart from amendments to conform the pleadings to the proof, any later than 180 days subsequent to the entry of the Scheduling Order. The parties agree that nothing contained in this proposal implies that any party *agrees* to any proposed amendment sought within that time frame, and that each party retains the right to oppose such a requested amendment upon grounds of undue prejudice or any other appropriate ground.

## SUBMISSION OF MOTIONS

Discovery Motions: The parties suggest that all motions dealing with discovery be submitted no later than ten (10) days after the discovery cutoff, provided that all motions related to discovery shall be filed, pursuant to Local Rule 26.1.H.1, within thirty (30) days of the occurrence of grounds for the motion.

Dispositive Motions: The parties suggest that all dispositive motions, including motions to dismiss, motions for judgment on the pleadings, or for partial or final summary judgment, should be submitted no later than thirty days before the due date for the Pretrial Stipulation.

Other Motions: All remaining motions should be submitted no later than ten (10) days before the pretrial conference, or, if none, ten (10) days before the calendar call.

## COMPLETION OF DISCOVERY

The parties suggest that all discovery be completed no later than 270 days after the entry of the Scheduling Order.

## *SIMPLIFICATION OF ISSUES*

None at this time

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

## NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS

None anticipated at this time.

## ADMISSIONS AND STIPULATIONS

None at this time.

## SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF

None at this time.

## REFERENCE TO MAGISTRATE

The parties agree that discovery motions should be referred to the magistrate judge, but respectfully request that all dispositive motions be retained.

## PRELIMINARY ESTIMATE FOR TIME OF TRIAL

The parties estimate that this case will take between five and ten days to try before a jury.

## REQUESTED CONFERENCE AND TRIAL DATES

The parties request a trial date no earlier than November 2000, and a pretrial conference no later than fourteen (14) days before trial.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

Respectfully submitted,

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131
Telephone:
Fax:
Email:

By: _____
Steven L. Malove, Esquire
Florida Bar Number

**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**

*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner Of Miami Dolphins, Ltd.*

Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765
Telephone:   (305) 446-0500
Fax:              (305) 446-3667

By: _____
Thomas F. Valerius
Florida Bar Number 165755

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendants Miami-Dade County Police Department and Sisley*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:   (305) 375-5868
Fax:              (305) 375-5634
Email:           JJA3@co.miami-dade.fl.us

By: _____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Friday, February 25, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131

*and*

**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765

_____
Assistant County Attorney