UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

FILED
00 FEB 29 PM 12: 56

MASHAAN GUY, and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT,
f/k/a METRO-DADE COUNTY POLICE
DEPARTMENT; SOUTH FLORIDA STADIUM
CORPORATION, d/b/a PRO PLAYER
STADIUM; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION,
General Partner of Miami Dolphins, Ltd.;
and ROBERT SISLEY,

    Defendants.
_____/

### PLAINTIFF'S LIST OF DOCUMENTS AND WITNESSES

COME NOW, the Plaintiffs, MASHAAN GUY and JACQUELINE GUY, by and through their undersigned counsel and pursuant to local Rule 16.1, submit their list of documents and witnesses as follows:

1. The following documents are reasonably available to the Plaintiffs and are now contemplated to be used in support of the allegations filed by Plaintiffs.

    a. Memorandum dated October 4, 1997 re: Revision to Standard Procedure (SOP) 4-34, Off-Duty Employment [3 pages, including procedures from October 23, 1997 and October 24, 1997].

    b. The memorandum dated May 13, 1998 re: Revision to the Personnel Manual, Chapter 7, additional employment (1 page).



CASE NO. 00-6121-CIV-DIMITROULEAS

c. Memorandum dated March 9, 1998 re: Revision to AO 2-22 Prisoner Related Activities (2 pages).

d. Resume of Ronald Shellow, M.D.

e. Denver Broncos - Miami Dolphins tickets - Monday, December 21, 1998.

f. Notice of Appearance of Robert Malove.

g. Notice for Discovery.

h. Case History.

i. State Attorney's file.

j. Notice of Court Appearance.

k. Metro-Dade Police Department Personnel Manual.

l. Metro-Dade Police Department Manual - 1996 - Part III.

m. Metro-Dade Police Departmental Manual - 1995 - Part III.

n. Metro-Dade Police Operations Manual.

o. Metro-Dade Police Department - Joe Robbie Stadium - Supervisor Responsibilities.

p. Metro-Dade Police Departmental Manual - 1996 - Part I.

q. Metro-Dade Police Departmental Manual - 1195 - Part I.

r. Complaint/Arrest Affidavit.

s. Pro Player Special Events.

t. Miami Dolphins' literature.

u. Photographs of Joe Robbie Stadium.

v. Personnel and Credentials file of Office Sisley.

CASE NO. 00-6121-CIV-DIMITROULEAS

2. The following witnesses are now known by Plaintiff to have knowledge of facts herein:

    a. Officer Robert Sisley, Miami-Dade Police Department

    b. Sergeant Tim Adams, Miami-Dade Police Department

    c. Todd Ellzey, South Florida Stadium Corporation

    d. Plaintiff, Mashaan Guy

    e. Plaintiff, Jacqueline Guy

    f. Ronnie Smith

Respectfully submitted,

By: _____
STEPHEN L. MALOVE

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been mailed on this 25th day of February, 2000 to: **Michael Rotunno, Esq.**, Marlow, Connell, et. al., Grove Professional Building, 2950 S.W. 27 Avenue, Suite 200, Miami, Florida 33133; **James Allen, Esq.**, County Attorney's Office, 111 N.W. 1st Street, Suite 2810, Miami, Florida 33128; and **Adam Lawrence, Esq.**, Lawrence & Daniels, 21st Floor, 100 N. Biscayne Boulevard, Miami, Florida 33132.

MALOVE & KAUFMAN, P.A.
Attorneys for Plaintiffs
48 East Flagler Street - PH 104
Miami, Florida 33131
(305) 577-0077

BY: _____
STEPHEN L. MALOVE