UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-CV-6121-CIV-DIMITROULEAS

Magistrate Johnson

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT,
f/k/a METRO-DADE COUNTY POLICE
DEPARTMENT; SOUTH FLORIDA
STADIUM CORPORATION d/b/a PRO
PLAYER STADIUM; MIAMI DOLPHINS,
LTD.; SOUTH FLORIDA FOOTBALL
CORPORATION, General Partner of Miami
Dolphins, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME

**COMES NOW,** the Defendants, SOUTH FLORIDA STADIUM CORPORATION d/b/a PRO PLAYER STADIUM; MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Southern District Local Rule 7.1 and files the following Motion for Extension of Time and as grounds therefor states:

    1.    Plaintiff, MASHAAN GUY, has filed a 14 page Response to The Stadium's Motion to Dismiss.

    2.    A Reply to said Response was due on February 28, 2000.

    3.    Given the enormity of Plaintiff's response, an extension of time of fifteen days (15) and/or up to and including March 14, 2000 is hereby requested.

MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER & NEWMAN



Case   No.:00-CV-6121-CIV-DIMITROULEAS

4.  Due to the undersigned counsel's work load, he has not had sufficient time within which to prepare the above-stated responsive pleading.

4.  Undersigned counsel has contacted counsel for the plaintiff, MASHAAN GUY and they have agreed the fifteen day extension, until Tuesday, March 14, 2000, for service of undersigned's response.

5.  The granting of this Motion will not prejudice the parties in this action.

### MEMORANDUM OF LAW

This Court has authority to grant an extension of time for good cause under Rule 6(b), Federal Rules of Civil Procedure. In these circumstances, good cause has been shown for the requested extension, which will not result in any prejudice to the parties. As stated in Moore's Federal Practice, §6.08 at 1500.72:

> In accordance with the mandate of Rule 1, that the Rules should be construed to secure the just, speedy and inexpensive determination of every action, the courts generally have given Rule 6(b) a liberal interpretation in order to work substantial justice."

See also, Woods v. Allied Concord Financial Corp., 373 F.2d 733, 734 (5th Cir. 1967); Hoffman v. Kennedy, 30 F.R.D. 50, 51 (E.D. Pa. 1962).

This Court, for good cause shown, is given wide discretion to enlarge the time for doing an act required or allowed under the rules to be done within a specified time. Rule 6(b) inculcates the liberal equitable rules of enlarging time where substantial justice will be served. Bonomo Corp. v. Buffalo Barge Rowing Corp., 134 F.2d 1022 (2d Cir. 1943). See also, Mala v. Bailey, 191 F.Supp 11 (E.D. Pa. 1960) (citing Moores').

Case No.:00-CV-6121-CIV-DIMITROULEAS

This motion is not imposed for delay. Further, no prejudice will accrue to the parties from the granting of this motion.

WHEREFORE, Defendants, SOUTH FLORIDA STADIUM CORPORATION d/b/a PRO PLAYER STADIUM; MIAMI DOLPHINS, LTD.; SOUTH FLORIDA FOOTBALL CORPORATION, requests the entry of an Order extending the time for filing its reply memorandum up to and including March 14, 2000.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed on February 29, 2000 to: Stephen L. Malove, Esq., Malove & Kaufman, P.A., Counsel for Plaintiff, 48 East Flagler Street, Penthouse 104, Miami, FL, 33131; and James J. Allen, Assistant County Attorney, 111 NW First Street, Suite 2810, Miami Florida 33128-1993.

MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER & NEWMAN
Grove Professional Building
2950 S.W. 27th Avenue, Suite 200
Miami, Florida 33133
Direct Line: (305) 460-6537

By: /s/ MIC R
MICHAEL C. ROTUNNO

I:\ROTUNNO\Guy\Pleadings\Federal Court\M-EXTEND.02\BL