UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendants, South Florida Stadium Corporation, Miami Dolphins, Ltd., and South Florida Football Corporations' Motion for Extension of Time, filed herein on March 2, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Extension of Time is hereby **GRANTED**, in part. Defendants' Reply shall be filed by March 9, 2000.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this ____ day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

James J. Allen, Esq.
Steven L. Malove, Esq.
Michael Rotunno, Esq.