NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-CV-6121-CIV-DIMITROULEAS

Magistrate Johnson

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT,
f/k/a METRO-DADE COUNTY POLICE
DEPARTMENT; SOUTH FLORIDA
STADIUM CORPORATION d/b/a PRO
PLAYER STADIUM; MIAMI DOLPHINS,
LTD.; SOUTH FLORIDA FOOTBALL
CORPORATION, General Partner of Miami
Dolphins, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/

## WITNESS AND EXHIBIT LIST

Defendants, SOUTH FLORIDA STADIUM CORPORATION d/b/a PRO PLAYER STADIUM, MIAMI DOLPHINS, LTD. and SOUTH FLORIDA FOOTBALL CORPORATION, by and through undersigned counsel and pursuant to this Court's Order and the appropriate Federal Rules, file this Witness and Exhibit Disclosure pursuant to Local Rules 26 and 16 where applicable.

### WITNESSES

1.     Mashaan Guy c/o
    Steve Malove, Esq.
    Malove & Kaufman, P.A.
    48 East Flagler Street, Penthouse 104
    Miami, FL, 33131

MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER & NEWMAN



Case No.:00-CV-6121-CIV-DIMITROULEAS

2. Jacqueline Guy
   Steve Malove, Esq.
   Malove & Kaufman, P.A.
   48 East Flagler Street, Penthouse 104
   Miami, FL, 33131

3. Robert Sisley c/o
   Metro Dade Police Department
   Miami, Florida

4. Records Custodian of Miami Dade Police Dept.
   C/o Metro Dade Police Department
   Miami, Florida

5. Corporate Representative with the most knowledge
   of the relationship between South Florida Stadium
   Corporation and Metro Dade County Police Department
   c/o Pro Player Stadium
   2269 NW 199th Street
   Miami, FL 33056

6. Records Custodian South Florida Stadium Corporation
   d/b/a Pro Player Stadium
   2269 NW 199th Street
   Miami, FL 33056

7. Representative with the most knowledge from Metro Dade
   County Police Department of the relationship between
   Metro Dade County Police Department and Pro Player Stadium

8. Any and all witnesses identified by plaintiff or co-defendants in
   this action.

9. These defendants reserve the right to amend and augment this witness list,
   if further witnesses are identified through discovery and investigation.

10. Captain Alfred Mallette
    c/o Metro-Dade Police Dept.
    Miami, Fl.

## EXHIBITS

1. The arrest Affidavit.

2

MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER & NEWMAN

Case No.:00-CV-6121-CIV-DIMITROULEAS

2. Police incident report.

3. The "permit" between Miami Dade County and South Florida Stadium Corporation permitting the use of county land for the operation of the Stadium.

4. Payroll records from the date of the incident described in Plaintiffs' Complaint indicating the names, hours worked and payments made to Metro Dade police officers serving the Stadium on the date of the incident described in Plaintiffs' Complaint.

5. Any and all exhibits identified and disclosed by co-defendant.

6. Any and all exhibits and documents disclosed by plaintiffs in this action.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed on March 9, 2000 to: Stephen L. Malove, Esq., Malove & Kaufman, P.A., Counsel for Plaintiff, 48 East Flagler Street, Penthouse 104, Miami, FL, 33131; and James J. Allen, Assistant County Attorney, 111 NW First Street, Suite 2810, Miami Florida 33128-1993.

MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER & NEWMAN
Grove Professional Building
2950 S.W. 27th Avenue, Suite 200
Miami, Florida 33133
Direct Line: (305) 460-6537

By: _____
MICHAEL C. ROTUNNO
Florida Bar No. 0861979

I:\ROTUNNO\Guy\Pleadings\Federal Court\Ex&witn.lst\BL