UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

MASHAAN GUY, and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT,
f/k/a METRO-DADE COUNTY POLICE
DEPARTMENT; SOUTH FLORIDA STADIUM
CORPORATION, d/b/a PRO PLAYER
STADIUM; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION,
General Partner of Miami Dolphins, Ltd.;
and ROBERT SISLEY,

    Defendants.

_____/

# PLAINTIFFS' MOTION UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT, SISLEY'S MOTION TO DISMISS and MOTION FOR SUMMARY JUDGMENT

COME NOW, the Plaintiffs, MASHAAN GUY and JACQUELINE GUY, by and through undersigned counsel, and pursuant to Local Rule 7.1, move for an additional two weeks or until Friday, March 24, 2000, within which to respond to Defendant, SISLEY's, Motion to Dismiss and Motion for Summary Judgment and as grounds therefor states:

1.     A reply to said Motion is due Friday, March 10, 2000.

2.     Due to the undersigned counsel's trial schedule and the necessity to do intense research and provide documentation in response to Defendant's



CASE NO. 00-6121-CIV-DIMITROULEAS

Motions, Plaintiff's counsel will not have sufficient time within which to respond by March 10, 2000.

3. Undersigned counsel has contacted counsel for Defendant, ROBERT SISLEY, who has graciously agreed to a two week extension, until Friday, March 24, 2000, for service of the undersigned's response.

4. The granting of this Motion will not prejudice the parties in this action.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been mailed on this ___ day of March, 2000 to: **Michael Rotunno, Esq.**, Marlow, Connell, et. al., Grove Professional Building, 2950 S.W. 27 Avenue, Suite 200, Miami, Florida 33133 and **James Allen, Esq.**, County Attorney's Office, 111 N.W. 1st Street, Suite 2810, Miami, Florida 33128.

MALOVE & KAUFMAN, P.A.
Attorneys for Plaintiffs
48 East Flagler Street - PH 104
Miami, Florida 33131
(305) 577-0077 - Telephone
(305) 373-6116 - Facsimile

BY: _____
Stephen L. Malove
Florida Bar No.: 305553