UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs, Mashaan Guy and Jacqueline Guy's Motion for Extension of Time to Respond to Defendant Sisley's Motion to Dismiss and Motion for Summary Judgment, filed herein on March 10, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time is hereby **GRANTED**, in part. Plaintiff shall file a response to Sisley's Motion to Dismiss and Motion for Summary Judgment by March 17, 2000.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 13 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

James J. Allen, Esq.
Steven L. Malove, Esq.
Michael Rotunno, Esq.