UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00-6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY**,

                              Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.**; **SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**,



                              Defendants.

## DEFENDANT SISLEY'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

COMES NOW Defendant **SISLEY**, by and through undersigned counsel, and pursuant to Local Rule 7.1, move for an additional five (5) days, or until Monday, April 10, 2000, within which to submit his reply memorandum in support of his motion to dismiss or for summary judgment, and in support thereof state as follows:

1.    Plaintiff's Response to SISLEY's Motion to Dismiss or for Summary Judgment was mailed on March 24, 2000, according to the certificate of service.

2.    Inexplicably, Plaintiff's response did not come to the attention of undersigned counsel



OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

until Wednesday, April 5, 2000.

3. Under the Local and Federal Rules, SISLEY's reply was due on Monday, April 3, 2000.

4. Even if undersigned counsel had known of GUY's response earlier, he would have nevertheless requested additional time to reply, because he had long-standing vacation plans through Tuesday, April 4, 2000.

5. No further extensions shall be requested.

6. Pursuant to Local Rule 7.1.A.3., undersigned counsel has contacted opposing counsel regarding this motion, and is authorized to state that he has no objection.

WHEREFORE, Defendant respectfully requests that this court GRANT his motion, and allow Defendant an additional five (5) days, or until Monday, April 10, 2000, within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendants Miami-Dade*
  *County Police Department and Sisley*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:   (305) 375-5868
Fax:         (305) 375-5634
Email:       JJA3@co.miami-dade.fl.us

By: _____
James J. Allen
Assistant County Attorney
Florida Bar Number 317861

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Friday, April 07, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131


**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins, Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765


_____
Assistant County Attorney

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151