UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant, Robert Sisley's Motion for Extension of Time Within Which to Submit Reply Memorandum in Support of Motion to Dismiss, filed herein on April 10, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time is hereby **GRANTED**. The Court notes that the Reply Memorandum in Support of Motion to Dismiss was due on April 3, 2000. Although Plaintiff's Response memo was mailed on March 24, 2000, Defendant did not receive it until April 4, 2000, yet does not move for an extension of time until April 10, 2000. This Court will not accept any motions or memoranda that are not filed in a



timely manner. Any motions or memoranda filed in an untimely manner shall be stricken.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this \_\_11\_\_ day of April, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James J. Allen, Esq.
Steven L. Malove, Esq.
Thomas F. Valerius, Esq.