UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00- 6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY**,

                                  Plaintiffs.

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a
Metro-Dade County Police Department; **SOUTH FLORIDA
STADIUM CORPORATION**, d/b/a Pro Player Stadium;
**MIAMI DOLPHINS, LTD.; SOUTH FLORIDA
FOOTBALL CORPORATION**, General Partner of Miami
Dolphins, Ltd.; and **ROBERT SISLEY**,

                                  Defendants.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY MEMORANDUM OF LAW

THIS CAUSE came before this Court on Defendant SISLEY's Unopposed Motion for Extension of Time to submit his reply memorandum in support of his motion to dismiss or for summary judgment, and the Plaintiffs being unopposed; and this Court having reviewed the file, and being fully advised in the premises, it is hereby

ORDERED that Defendant's Motion is hereby GRANTED. SISLEY shall serve his reply memorandum on or before Friday, April 14, 2000.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this 11 day of April, 2000.

United States District Court Judge
William P. Dimitrouleas

Conformed copies to:  James J. Allen, Esquire
                             Thomas Valerius, Esquire
                             Steven Malove, Esquire