UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Broward Division
Case Number 00-6121-Civ-Dimitrouleas/Johnson

**MASHAAN GUY** and **JACQUELINE GUY**,

          Plaintiffs,

v.

**MIAMI-DADE COUNTY POLICE DEPARTMENT**, f/k/a Metro-Dade County Police Department; **SOUTH FLORIDA STADIUM CORPORATION**, d/b/a Pro Player Stadium; **MIAMI DOLPHINS, LTD.**; **SOUTH FLORIDA FOOTBALL CORPORATION**, General Partner of Miami Dolphins, Ltd.; and **ROBERT SISLEY**,

          Defendants.



# DEFENDANT SISLEY'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

COMES NOW Defendant **SISLEY**, by and through undersigned counsel, and pursuant to Local Rule 7.1, move for an additional two (2) days, or until Tuesday, April 18, 2000, within which to submit his reply memorandum in support of his motion to dismiss or for summary judgment, and in support thereof state as follows:

1. Plaintiff's Response to SISLEY's Motion to Dismiss or for Summary Judgment was mailed on March 24, 2000, according to the certificate of service.

2. Pursuant to motion, SISLEY's reply memorandum is due Friday, April 14, 2000.



*Case Number 00-6121-CIV-Dimitrouleas/Johnson*

3. Notwithstanding undersigned counsel's best efforts, he has been unable to complete the preparation of said reply.

4. Pursuant to Local Rule 7.1.A.3., undersigned counsel has attempted to contact opposing counsel regarding this motion, but because he was unavailable, is unable to state whether he has any objection to this motion.

WHEREFORE, Defendant respectfully requests that this Court GRANT his motion, and allow Defendant an additional two (2) days, or until Tuesday, April 18, 2000, within which to submit his reply memorandum.

Respectfully submitted,

**ROBERT A. GINSBURG**
Miami-Dade County Attorney

*Counsel for Defendants Miami-Dade*
    *County Police Department and Sisley*

Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993
Telephone:    (305) 375-5868
Fax:              (305) 375-5634
Email:           JJA3@co.miami-dade.fl.us

By: _____
    James J. Allen
    Assistant County Attorney
    Florida Bar Number 317861

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by MAIL on Friday, April 14, 2000 upon:

**MALOVE & KAUFMAN, P.A.**
*Counsel for Plaintiffs*

Attention: Steven L. Malove, Esquire
Penthouse 104
Flagler Station
48 West Flagler Street
Miami, Florida 33131


**MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, & NEWMAN**
*Counsel for South Florida Stadium Corporation, d/b/a Pro Player Stadium; Miami Dolphins,*
   *Ltd.; and South Florida Football Corporation, General Partner of Miami Dolphins, Ltd.*

Attention: Thomas F. Valerius
Suite 200
2550 Southwest 27th Avenue
Miami, Florida 33133-3765

_____
Assistant County Attorney