UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/



## ORDER

THIS CAUSE is before the Court upon Defendant, Robert Sisley's Motion for Extension of Time Within Which to Submit Reply Memorandum in Support of Motion to Dismiss, filed herein on April 19, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time is hereby **DENIED** as moot. This Court has already entered an Order on Defendant's Motion to Dismiss. The Court notes that the Reply Memorandum in Support of Motion to Dismiss was due on April 10, 2000. However, Defendant Sisley does not file its Motion for Extension of Time until April 19, 2000. Additionally, Defendant Sisley seeks an extension of time until April 18, 2000, yet the Reply memorandum was not filed by April 18, 2000. This is the third untimely motion filed by Defendant Sisley in this action. This Court will not accept any motions or

1



memoranda that are not filed in a timely manner. Additionally, this Court shall only grant extensions of time for good cause. Any motions or memoranda filed in an untimely manner shall be stricken. A motion is not timely unless it is filed with the Court on its due date.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 21 day of April, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James J. Allen, Esq.
Steven L. Malove, Esq.
Thomas F. Valerius, Esq.