UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

MASHAAN GUY, and JACQUELINE
GUY,

    Plaintiffs,
vs.

MIAMI-DADE POLICE DEPARTMENT, et al.,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR CLARIFICATION AND/OR RECONSIDERATION

Plaintiffs, MASHAAN GUY and JACQUELINE GUY, by and through undersigned counsel, file the within Motion for Clarification and/or Reconsideration and state:

1.    On April 19, 2000 this Honorable Court entered an order upon Defendant, Robert Sisley's Motion to Dismiss or Motion for Summary Judgment.

2.    The first paragraph of the Order specifically states: "the Court notes that despite granting two motions for extension of time to file a reply memorandum, Plaintiff did not submit a reply memorandum."

3.    Notwithstanding the above, the Plaintiff did submit a memorandum in response to Sisley's motions and same was filed with the Court on March 24, 2000.

1



4. This was accepted by the clerk on March 24, 2000 (see Exhibit "A").

5. A copy of said responsive motion is attached hereto as Exhibit "B".

6. In the event that the Court has reviewed Plaintiff's memorandum in response to Sisley's motions, it is respectfully requested that the Order be amended to reflect such review.

7. As further clarification, it was the Defendant who did not submit a reply memorandum, not the Plaintiff.

8. In the event that this Court did not review Plaintiff's memorandum in response to Sisley's motions, it is respectfully requested that this Honorable Court review same and reconsider its order.

**WHEREFORE**, based on the foregoing it is respectfully requested that this Honorable Court clarify its order of April 19, 2000.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been mailed on this 25' day of April, 2000 to: **Michael Rotunno, Esq.**, Marlow, Connell, et. al., Grove Professional Building, 2950 SW. 27 Avenue, Suite 200, Miami, Florida 33133 and **James Allen, Esq.**, County Attorney's Office, 111 NW 1st Street, Suite 2810, Miami, Florida 33128.

MALOVE & KAUFMAN, P.A.
Attorneys for Plaintiffs
48 East Flagler Street - PH 104
Miami, Florida 33131
(305) 577-0077 - Telephone
(305) 373-6116 - Facsimile

BY: _____
        Stephen L. Malove
        Florida Bar No.: 305553

2

# ADDITIONAL ATTACHMENTS <u>NOT</u> SCANNED

PLEASE REFER TO COURT FILE