UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CIV-DIMITROULEAS

MASHAAN GUY and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY POLICE DEPARTMENT,
f/k/a Metro-Dade County Police Department; SOUTH
FLORIDA STADIUM CORPORATION, d/b/a Pro
Player Stadium; MIAMI DOLPHINS, LTD.; SOUTH
FLORIDA FOOTBALL CORPORATION, General
Partner of Miami, Ltd.; and ROBERT SISLEY,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs, Mashaan Guy and Jacqueline Guy's Motion for Clarification and/or Reconsideration, filed herein on April 26, 2000. The Court has carefully reviewed the motion and is otherwise fully advised in the premises.

Plaintiffs filed their Response to Defendant Sisley's Motion to Dismiss or for Summary Judgment in a timely fashion, and the Court carefully reviewed the Response. Defendant's Reply memorandum was untimely filed, and this Court was unable to consider it when drafting the Order Granting Summary Judgment.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Clarification is hereby **GRANTED**. This Court's April 19, 2000 Order should indicate that it was Defendant Sisley who filed an untimely Reply memorandum. Plaintiffs' Response was filed in a timely manner, and reviewed by this Court;



2. Plaintiff's Motion for Reconsideration is hereby **DENIED**. This Court's analysis and Order were correct.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 27 day of April, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James J. Allen, Esq.
Steven L. Malove, Esq.
Michael Rotunno, Esq.