UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

MASHAAN GUY, and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT, et al.,

    Defendants.
_____/

### NOTICE OF VACATION

**PLEASE TAKE NOTICE** that undersigned counsel hereby files his Notice of Vacation and respectfully requests that no hearing, discovery or other matters requiring his attention be scheduled during the period of ***Friday June 30, 2000 through Monday, July 17, 2000.***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been forwarded via U.S. Mail this 31st day of May, 2000, to: **Michael Rotunno, Esq.**, Marlow, Connell, et. al., Grove Professional Building, 2950 SW. 27 Avenue, Suite 200, Miami, Florida 33133 and **James Allen, Esq.**, County Attorney's Office, 111 NW 1st Street, Suite 2810, Miami, Florida 33128.

MALOVE & KAUFMAN, P.A.
Attorneys for Plaintiffs
48 East Flagler Street - PH 104
Miami, Florida 33131
(305) 577-0077

BY: *Stephen L. Malove*
      Stephen L. Malove

**COPIES NOT PROVIDED**