UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

CASE NO. 00-6121-CIV-DIMITROULEAS

Magistrate Judge Johnson

MASHAAN GUY, and JACQUELINE GUY,

    Plaintiffs,

vs.

MIAMI-DADE POLICE DEPARTMENT, et al.,

    Defendants.

_____/

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, **MASHAAN GUY and JACQUELINE GUY**, and through undersigned counsel files the within motion for leave to file an amended complaint and states:

1. This Court has recently entered Summary Judgment on the basis of qualified immunity in favor of Officer Robert Sisley.

2. In light of the foregoing, the parties have agreed that if Plaintiffs drop all remaining Federal Civil Rights claims, the case should be remanded back to state court.

3. In furtherance of that agreement, Plaintiff has filed with this motion an unopposed Motion for Leave to File Amended Complaint which drops all federal claims against these defendants.

4  The Amended Complaint has counts limited to Florida tort claims.

5. Accordingly, it is respectfully requested that this Honorable Court grant the



within unopposed Motion for Leave to File Amended Complaint, and request that this court grant Plaintiffs' Joint Motion to Remand.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been forwarded via U.S. Mail this 31st day of May, 2000, to: **Michael Rotunno, Esq.**, Marlow, Connell, et. al., Grove Professional Building, 2950 SW. 27 Avenue, Suite 200, Miami, Florida 33133 and **James Allen, Esq.**, County Attorney's Office, 111 NW 1st Street, Suite 2810, Miami, Florida 33128.

> MALOVE & KAUFMAN, P.A
> Attorneys for Plaintiffs
> 48 East Flagler Street - PH 104
> Miami, Florida 33131
> (305) 577-0077
>
> BY: _____
> Stephen L. Malove